

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**Robert John Sam Jr.,**

Plaintiff,

v.

**Christopher Nicholas Cronauer and Cronauer Law LLP,**

Defendants.

Case No. _____

**FILED**

**JKS**

11/10/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**1:25-cv-13867**
**Judge Martha M. Pacold**
**Magistrate Judge Beth W. Jantz**
**RANDOM/Cat 2**

**PLAINTIFF'S NOTICE OF RELATED STATE-COURT PROCEEDING**

Plaintiff, **Robert John Sam Jr.**, respectfully notifies this Court that he has filed a separate state-court action currently pending in the Circuit Court of DeKalb County, Illinois, captioned:

*Robert John Sam Jr. v. C. Nicholas Cronauer, Cronauer Law LLP, and Melissa Mobile*, Case No. 25LA67

That state action asserts Illinois common-law tort claims for defamation, false reporting, and abuse of process arising from certain statements and filings by Defendants. The present federal case asserts distinct causes of action under **42 U.S.C. § 1983** for violations of the First and Fourteenth Amendments based on a broader pattern of retaliatory conduct.

The two cases share some background facts but involve **different legal rights, different defendants, and**

**different forms of relief**. This notice is filed solely to ensure transparency and avoid any appearance of duplication.

Respectfully submitted,
/s/ Robert John Sam Jr.
Plaintiff, Pro Se
harpees5@yahoo.com
779-777-3265
Date: 11/8/25