

# ILLINOIS APPELLATE COURT
# SECOND DISTRICT

**55 SYMPHONY WAY**
**ELGIN, IL 60120**
**(847) 695-3750**

October 8, 2025

Robert Sam
639 Stonegate Dr.
Sycamore, IL 60178

RE:   BKA Holdings, LLC v. Sam, Robert and Karen
      Appeal No.: 2-25-0160, 2-25-0264
      County: DeKalb County
      Trial Court No.: 24EV136

The court has this day, October 08, 2025, entered the following order in the above entitled case:

Plaintiff's fee petition seeking $2,537.50 is granted. This amount is awarded due to appellant's improper usage of hallucinated authority in his reply brief. We note that in objecting to plaintiff's fee petition, defendant again relies on hallucinated authority. We strongly admonish defendant for his careless use of AI-generated research which has wasted limited judicial resources examining his non-existent authority.

Jeffrey H. Kaplan
Clerk of the Court

cc:   Christopher Nicholas Cronauer
      Karen Sam