# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT
### DEKALB COUNTY, ILLINOIS

FILED
IN OPEN COURT

JUN 18 2024

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

PEOPLE OF THE STATE OF ILLINOIS )
                Plaintiff )  Case No(s): __22 CF 546__
vs. )  Count(s): __3 · Theft__
__Robert Sam__ )
                Defendant )

State's Attorney ___JH___     Defendant's Attorney ___PD-mD___

Court Reporter _____     Deputy Clerk _____

## CRIMINAL SENTENCE ORDER

**PLEA:** ☐ NOT GUILTY ☒ GUILTY    **FINDING BY:** ☐ COURT ☐ JURY    **SENTENCE IS:** ☒ AGREED ☐ CONTESTED

The Court hereby orders that the Defendant is sentenced as follows on the charge(s) of

__theft__ _____ in violation of _720_ ILCS _5/16-1(a)(1)(A)_ , a Class _3_ Misdemeanor/~~Felony~~

_____ in violation of ___ ILCS _____ , a Class ___ Misdemeanor/Felony

_____ in violation of ___ ILCS _____ , a Class ___ Misdemeanor/Felony

24 months

☐ CONVICTION TO ENTER    ☐ PROBATION    ☐ CONDITIONAL DISCHARGE    ☐ COURT SUPERVISION
☒ WITHHOLD JUDGMENT ☒ PROBATION per 730 ILCS 5/5-6-3.4 ☐ PROBATION per 720 ILCS (550/10 or 570/410)
☐ PROBATION(TASC) ☐ _____

☒ Comply with all conditions set out in the corresponding order.
☒ Shall not violate any laws of any jurisdiction, including Federal, State or local ordinances.

☐ **INCARCERATION:**
☐ _____ day(s) in DeKalb County Jail. (See Imprisonment Order)

☐ _____ year(s) _____ month(s) in Illinois Department of Corrections _____ year(s) mandatory supervised release.

☐ Impact Incarceration Recommendation ☐ Extended Term Sentence per 730 ILCS 5/5-8-2 ☐ Truth in Sentencing per 730 ILCS 5/3-6-3

☐ _____ weekend(s) to commence ___/___/___ at 6:00 p.m. plus $20.00 per weekend fee. (See Imprisonment Order)
        *** All weekends are from 6:00 p.m. on Friday to 6:00 p.m. on Sunday ***

☐ _____ day(s) periodic imprisonment (See Supplemental Sentencing Order) plus $10.00 per day fee.

☐ Incarceration shall commence instanter. ☐ Incarceration shall commence on ___/___/___ at _____ a.m./p.m.

☐ No Day for Day Credit ☐ Day for Day Credit ☐ Credit for _____ actual days served from _____ to _____ .

☐ **COUNSELING:**
☐ Shall complete evaluation within _____ days for ☐ Alcohol/Drug ☐ Anger Management ☐ Psychological
☐ _____ and successfully complete all recommended counseling and aftercare as directed.

☐ Shall complete Level _____ alcohol counseling per alcohol evaluation / subject to modification by alcohol evaluation.

☐ Shall complete the DeKalb County Domestic Violence Offender Partner Abuse Intervention Program (PAIP).

☐ Shall complete T.A.S.C. and all recommended aftercare as a condition of probation.

Criminal Sentence Order
Rev. 12-28-2022/p. 1

NOT AN OFFICIAL COPY

**CRIMINAL SENTENCE ORDER**       Case No(s): __22 CF 546__

☑ Report to DeKalb County Court Services, Community Restitution Service at 200 N. Main St., Sycamore, IL 60178; (815) 895-7199, within 48 hours, to perform __30__ hours of community restitution work as directed, to be completed by __6-17-25__

☐ Shall have no contact with _____

☐ Shall not enter upon the property of _____

☐ Shall refrain from direct or indirect contact with any street gang member(s).

☐ Shall attend the Victim Impact Panel.

☐ Register pursuant to: ☐ Sex Offender Registration Act (730 ILCS 150/1) ☐ Violent Offender Against Youth Act (730 ILCS 154/1).

☐ Shall submit to DNA Indexing (Felony only) (730 ILCS 5/5-4-3(a)).

☐ HIV (Human Immunodeficiency Virus) / STD (Sexually Transmitted Disease) testing (730 ILCS 5/5-5-3(g)).

☐ Shall submit a blood specimen for genetic marking purpose (730 ILCS 5/5-4-3).

☐ Said sentence shall run ☐ Concurrent ☐ Consecutive to the sentence imposed in _____ County, case number _____

☑ Defendant shall pay BEFORE or appear in Court on __6__/__17__/__25__ at __9__ a.m./~~p.m.~~ in Courtroom __220__.

☑ Defendant shall report to and appear before this Court for a status review on __6__/__17__/__25__ at __9__ a.m./~~p.m.~~ in Courtroom __220__.

   ***All terms and conditions to be completed by said date, including payment of all fines, costs and fees ***

☑ Defendant waives personal service of a Petition to Revoke.   ☐ A motor vehicle was used in the commission of a Felony Offense.

☐ The Court verifies that the offense(s) were/were not sexually motivated pursuant to 730 ILCS 154/86.

☐ The Defendant has been advised as to the penalties under the Federal Gun Control Act of 1968.

☑ The following cases and/or counts are hereby Nolle Prosequi: cts 1 + 2 _____

☐ The following cases and/or counts are hereby dismissed: _____

☐ Other: _____
_____
_____
_____
_____

**DEFENDANT'S CONTACT INFORMATION:**

Name: __Robert Fox__
              (Please Print Legibly)

Address: __639 Stonesate Dr__

City/State/Zip: __Sycamore IL 60178__

Phone: _____

E-mail: _____

Date: _____

_____          _____
Defendant Signature                                    Judge

NOT AN OFFICIAL COPY