



FILED
11/26/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

**Robert Sam**,
Plaintiff,

v. Case No. 1:25-cv-13867
Judge Martha M. Pacold
**Christopher Nicholas Cronauer et al.**,
Defendants.

# PLAINTIFF'S SUPPLEMENTAL DECLARATION IDENTIFYING DEFENDANT'S PATTERN OF FALSE STATEMENTS, FABRICATED ACCUSATIONS, AND MISUSE OF LEGAL PROCESS

*(Submitted Under 28 U.S.C. § 1746)*

I, **Robert John Sam Jr.**, declare under penalty of perjury that the following is true and correct:

# I. PURPOSE OF THIS DECLARATION

1. I submit this supplemental declaration to ensure the Court has an accurate record and a full understanding of the pattern of falsehoods, manipulation, and abusive legal tactics that Defendant Christopher Nicholas Cronauer has engaged in.

2. Defendant's sanctions motion contains multiple knowingly false statements, and he submitted no sworn testimony or affidavits to support them.

3. As a result, Defendant's accusations are legally meaningless and ethically alarming, and they must be addressed through sworn evidence.

# II. CLARIFICATION REGARDING MY CRIMINAL MATTER — NO CONVICTION, NO JUDGMENT, NO RECORD

4. Defendant falsely claims I have a felony conviction or pled guilty to a criminal offense.

5. The truth is as follows:
   a. I participated in a **Second Chance / deferred**

**judgment program**;

b. Under the agreement, a "plea" is entered **only as a procedural step**;

c. **NO judgment of conviction was entered**;

d. Upon completion of the program, **the plea is vacated**;

e. The matter is **dismissed**;

f. **I have no criminal record**, no felony, and no conviction of any kind.

6. Defendant deliberately mischaracterizes this process to deceive the Court, even though he knows the legal effect of such programs: **no conviction attaches and no record exists.**

7. No court, prosecutor, or judge has ever found me guilty of any offense.

# III. I HAVE NEVER BEEN ACCUSED OF PERJURY OR FORGERY BY ANY COURT OR LAW ENFORCEMENT

8. Defendant falsely suggests I forged my wife's signature or committed perjury.

9. I have **never** been accused, charged, investigated, or warned by any court, prosecutor, police department, DCFS, or any agency about perjury or forgery.

10. There is zero factual basis for these statements.

11. Defendant's attempt to drag my wife — a disabled individual not named in this lawsuit — into this matter is inappropriate and harassing.

# IV. DEFENDANT HAS A DOCUMENTED PATTERN OF USING FALSE REPORTS AND GOVERNMENT SYSTEMS AS WEAPONS

12. Defendant has repeatedly weaponized legal systems and government agencies against me and my disabled family.

13. These acts include:

a. A **false police report** filed through his client;
b. A **false DCFS report** filed by his client's mother at his direction;
c. Pressuring police officers and investigators to file charges that were later dismissed;
d. Coordinating with local officials to create false allegations for civil advantage.

14. Local police have confirmed there is an **active investigation** into these false reports.

15. These coordinated attacks were designed to:

- Destroy my reputation,

- Harm my disabled wife and daughter,

- Influence unrelated eviction litigation, and

- Create leverage for Defendant's legal strategies.

16. Such conduct is not only unethical — it is **illegal**, and it is exactly the type of abuse of authority Rule 11 is meant to prevent.

# V. DEFENDANT HAS A HISTORY OF IMPROPER INFLUENCE AND JUDGE MANIPULATION

17. I possess **approximately 145 emails** from Chief Judge Bradley Waller documenting problems directly involving Defendant, including:

- His attempts to influence outcomes;

- His use of police and village officials;

- His involvement in false filings;

- His interference with housing authority vouchers;

- The judicial concern regarding his conduct.

18. Judge Waller ultimately had **all cases involving me removed from his courtroom**, a rare step that

reflects the seriousness of the concerns surrounding Defendant's tactics.

19. Defendant's new attempt to poison the federal Court with falsehoods **fits precisely into that documented pattern**.

# VI. EVERY MAJOR ACCUSATION IN DEFENDANT'S MOTION IS FALSE

20. Defendant falsely claims:

a. I "judge shop" — I do not; case assignments are random;
b. I was sanctioned by the Illinois Second District — I was not;
c. I have a criminal conviction — I do not;
d. I pled guilty to a felony — legally false, no conviction, no record;
e. I forged signatures — never accused;
f. I committed perjury — never alleged;
g. I filed multiple lawsuits in different courts to manipulate judges — false.

21. Defendant provided **no affidavits**, no police reports, no court orders, no transcripts, and no evidence for any of these claims.

22. By contrast, all of my evidence is sworn under penalty of perjury.

# VII. MY BACKGROUND CONTRADICTS HIS FABRICATIONS

23. I have served the public honorably as:

- A **police officer**,

- A **firefighter**,

- A **correctional officer**,

- A **federal security officer** at the Braidwood nuclear plant.

24. At no time have I ever been charged with or investigated for misconduct in any of these roles.

25. Defendant's portrait of me as a criminal is fabricated solely to prejudice this Court.

# VIII. DEFENDANT'S ATTACKS TARGET MY DISABLED FAMILY

26. My wife and my daughter are both disabled.

27. Defendant's filings, false reports, and threats have caused significant emotional and physical harm to them.

28. Misusing legal systems to attack a disabled household is unethical, abusive, and contrary to the principles of justice.

# IX. DEFENDANT'S PRIMARY MOTIVE IS TO PREJUDICE THIS COURT AND HIDE HIS OWN MISCONDUCT

29. Defendant's sanctions filing was:

- Premature,

- Unsupported,

- Filed before any screening,

- Filed before any responsive pleading,

- Filed without Rule 11(c)(2) service,

- Filed without an appearance on record,

- Filed solely to influence the judge.

30. Defendant knows I can expose the false police reports, DCFS abuse, eviction fraud, housing authority manipulation, and communications involving Judge Waller.

31. His motion is not a legal filing — it is a **shield of panic**, made because he knows his conduct is now subject to federal review.

# I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 11/26/25
**/s/ Robert John Sam Jr.**
Pro Se Plaintiff
harpees5@yahoo.com