**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Robert John Sam Jr

Plaintiff,

v.                                          Case No.: 1:25−cv−13867
                                            Honorable Martha M. Pacold

Christopher Nicholas Cronauer, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 2, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: By 12/19/2025, plaintiff shall submit a table listing every lawsuit he has filed, in state or federal court, against either or both defendants. Plaintiff shall also include in the table the result of any such suitthat is, whether it was dismissed or plaintiff was successful, and if it was dismissed plaintiff shall indicate at what stage of litigation the case was dismissed. By 1/9/2026, defendants shall note any disagreements with the contents of the submitted table. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.