



FILED
12/3/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

# IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS**

**Robert John Sam,**
Plaintiff,

v.

**Christopher Nicholas Cronauer, et al.,**
Defendants.

Case No. 1:25-cv-13867
Judge Martha M. Pacold

# PLAINTIFF'S MOTION REQUESTING LEAVE TO PROVIDE OPTIONAL SUPPLEMENTAL EXPLANATORY STATEMENT IN SUPPORT OF COURT-ORDERED TABLE

Plaintiff, **Robert John Sam**, respectfully moves for leave to submit, a supplemental explanatory statement

describing the procedural history of each lawsuit filed against either defendant. In support, Plaintiff states:

1. On December 2, 2025, the Court ordered Plaintiff to submit a table identifying every lawsuit filed against either or both defendants, including the results of those matters and the stage at which any case was dismissed.

2. Plaintiff will fully comply with the Court's directive and will file the requested table in the exact format ordered.

3. Out of respect for the Court's time and out of transparency Plaintiff would like to provide a very necessary narrative which plaintiff feels would give the Court additional explanation and would clarify the procedural posture of any listed matter. Defendant Cronauer asked for something very similar in his motion.

4. However, several of the referenced state-court cases involved nuanced procedural steps—such as dismissals with leave to re-plead, interlocutory rulings, appeals, or attorney conduct issues—which may not be readily understood from a table entry alone.

5. Plaintiff therefore seeks **permission**, but not direction, to attach a full supplemental explanation

that would provide neutral context and avoid any risk of misinterpretation, false statements and backed with evidence .

6. Plaintiff does **not** seek to burden the Court with unnecessary detail, but does feel based on the motion by Cronauer, plaintiffs full explanation  will provide such supplemental information that will only help clear up misconceptions and statments.

7. Granting this motion will ensure full transparency and accuracy while still keeping the Court's process streamlined and efficient.

WHEREFORE, Plaintiff respectfully requests that this Court:

**(1)** Grant Plaintiff leave to submit a supplemental full explanatory statement along with the Court-ordered table;
**(2)** Alternatively, advise whether the Court prefers the table alone without additional explanation; and
**(3)** Grant such other relief as the Court deems just and proper.

Respectfully submitted,
**/s/ Robert John Sam**
Plaintiff, pro se

12/3/25