**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Robert John Sam, Jr. | ) | |
| | ) | Case No.   25 C 13867 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| Christopher Nicholas Cronauer | ) | |
| | ) | |
| | ) | |

**ORDER**

Telephone status hearing held on 12/17/2025. The Clerk shall transfer this matter forthwith to a Judge of the United States District Court for the Northern District of Illinois, Western Division. The Clerk shall close this case number on the Court's docket.

(T: 0:15)

Date: December 17, 2025                          /s/ Martha M. Pacold