**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Robert John Sam Jr

Plaintiff,

v.

Case No.: 1:25–cv–13867
Honorable Martha M. Pacold

Christopher Nicholas Cronauer, et al.

Defendant.

---

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [14]. (lj, )